**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6719

ANTHONY JONES,

Plaintiff – Appellant,

v.

JON D. OZMINT, SCDC Prison Director; WILLIE L. EAGLETON, Warden; A. GRAVES, Grievance Cord; SGT JOHNSON, Contraband,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Henry F. Floyd, District Judge. (3:10-cv-00238-HFF)

Submitted:  September 29, 2011        Decided:  October 5, 2011

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Jones, Appellant Pro Se. Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Ozmint, No. 3:10-cv-00238-HFF (D.S.C. May 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED